■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN F. MEALER.— Motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RALPH DE VINO.— Motion denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD E. MOORE.— Motion denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ESTEBAN MELENDEZ.— Motion denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

# (October 8, 1959)

■ In the Matter of ARTHUR H. BOTJER, as Director and Trustee of JOSEPH L. FISHER FOUNDATION, INC. NORMAN BURGER et al.— Motion to dismiss appeal from order of July 29, 1959 granted, with $10 costs, unless the appeal is argued or submitted on October 20, 1959. The appeal from the so-called intermediate order, entered July 20, 1959, denying the appellants' request for adjournment is dismissed. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ C. GERARD DODGE v. FREDERICK W. RICHMOND.— Motion granted only to the extent of staying execution of the judgment appealed from, pending the hearing and determination of defendant's appeal, on condition that the defendant file and serve upon the respondent a written undertaking of $100,000 within 10 days after the entry of the order herein, and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD BUTTS.— Motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ FRANCES BARAL et al. v. JOINT HOLDING CO., INC.— Motion to dismiss appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY WRIGHT.— Motion denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of PATRICK J. TWOMEY against LEONARD CALVELLO.— Motion granted insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.